1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

GABRIEL ANTHONY ADAMS,

               Petitioner,

        v.

MIKE MCDONALD, Warden,

               Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. EDCV 11-2045 JST(JC)

(PROPOSED)

JUDGMENT

17
18
19
20

     Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

21
22

     IT IS SO ADJUDGED.

     DATED: ___1/19/2012___

23
24
25

                                _____

              HONORABLE JOSEPHINE STATON TUCKER
              UNITED STATES DISTRICT JUDGE

26
27
28